J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Pro Hac Vice Pending)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

ADR ADR

ORIGINAL

Filed
MAY 05 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,

    Plaintiffs,

v.

TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, and YOURREPLICAWATCH.COM,

    Defendants.

Case No.

C09 01972

NOTICE OF INTERESTED PARTIES EMC

CIVIL LOCAL RULE 3-16(c)(1)

The undersigned, counsel of record for Plaintiffs Chanel, Inc. and Louis Vuitton Malletier, S.A., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

1. CHANEL, INC.
2. LOUIS VUITTON MALLETIER, S.A.
3. LVMH MOËT HENNESSY LOUIS VUITTON S.A.
4. TONY BOSINI
5. REPLICAMASTER.COM
6. SHOPREPLICA.COM
7. BUYHIGHREPLICA.COM
8. EREPLICABAGS.COM
9. EXACTWATCHES.NET
10. REPLICAHOURS.COM
11. SWISSREPLICA.US
12. THEWATCHESPRICEINDEX.INFO
13. YOURREPLICAWATCH.COM

Dated: May ⎵, 2009

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.