J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *pro hac vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, and YOURREPLICAWATCH.COM,<br><br>    Defendants. | Case No. C-09-1972 MHP<br><br>ORDER<br>**STIPULATED CONSENT PRELIMINARY INJUNCTION** |

    WHEREAS, this action having been commenced by the Plaintiffs, Chanel, Inc. ("Chanel")

and Louis Vuittion Malletier, S.A. ("Louis Vuitton") (collectively the "Plaintiffs") against the

1

Defendant Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, and Yourreplicawatch.com (the "Defendant"), alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of origin and a copy of the Summons, and Complaint having been served upon the Defendant:

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over the named parties hereto.

2. Chanel is the owner of the following trademarks (the "Chanel Marks") in connection with high quality handbags, wallets, watches, bracelets, earrings, and necklaces:

| Mark | Reg. No. | Reg. Date |
|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 |
| ⚭ | 1,314,511 | January 15, 1985 |
| CHANEL | 1,347,677 | July 9, 1985 |
| ⚭ | 1,734,822 | November 24, 1992 |
| CHANEL | 1,733,051 | November 17, 1992 |
| ⚭ (boxed) | 3,022,708 | December 6, 2005 |
| ⚭ | 3,025,934 | December 13, 2005 |
| ⚭ | 3,025,936 | December 13, 2005 |
| CHANEL | 0,955,074 | March 13, 1973 |
| CHANEL | 1,571,787 | December 19, 1989 |
| J12 | 2,559,772 | April 9, 2002 |
| CHANEL | 3,133,139 | August 22, 2006 |
| ⚭ | 1,501,898 | August 30, 1988 |
| CHANEL | 0,612,169 | September 13, 1955 |
| CHANEL | 0,902,190 | November 10, 1970 |

2

3. Louis Vuitton is the owner of the following trademarks (the "LV Marks") in connection with high quality handbags, wallets, watches, earrings, and necklaces:

| Mark | Registration No. | Registration Date |
|---|---|---|
| (LV logo) | 0,286,345 | August 25, 1931 |
| (mark) | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
| LV | 1,519,828 | January 10, 1989 |
| (mark) | 1,653,662 | August 13, 1991 |
| (mark) | 1,655,564 | September 3, 1991 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| (mark) | 2,098,630 | September 23, 1997 |
| (flower mark) | 2,177,828 | August 4, 1998 |
| (flower mark) | 2,181,753 | August 18, 1998 |
| (mark) | 2,263,903 | July 27, 1999 |
| VUITTON | 2,657,903 | December 10, 2002 |
| (flower mark) | 2,773,107 | October 14, 2003 |
| (mark) | 2,828,919 | April 6, 2004 |
| (pattern mark) | 3,107,072 | June 20, 2006 |
| (mark) | 2,378,388 | August 22, 2000 |

LOUIS VUITTON PARIS

4. The Defendant and his respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby preliminarily restrained and enjoined, pending termination of this action from:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods; bearing the Chanel Marks and/or the LV Marks;

    B. using the Chanel Marks and/or the LV Marks in connection with the sale of

3

any unauthorized goods;

C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the either of the Plaintiffs;

D. falsely representing himself as being connected with the Plaintiffs, through sponsorship or association,

E. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendant, is in any way endorsed by, approved by, and/or associated with either of the Plaintiffs;

F. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks and/or LV Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendant, including, without limitation, high quality handbags, wallets, watches, bracelets, earrings, and necklaces;

G. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiffs, or in any way endorsed by the Plaintiffs;

H. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiffs.

I. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel Marks and/or the LV Marks; and

4

J.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (I).

SO STIPULATED:

**Plaintiffs:** Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:

J. ANDREW COOMBS,
A PROFESSIONAL CORPORATION

By: _/s/ Nicole L. Drey_
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, and Yourreplicawatch.com

By his Attorney:

LAW OFFICE OF AYAL ABRAMS

By: _/s/ Ayal Abrams_
Ayal Abrams
600 Page Street, #101
San Francisco, California 94117
Telephone: (415) 994-2437
Facsimile: (415) 358-4951

Attorneys for Defendant
Tony Bosini

SO ORDERED this __28th__ day of __October__, 2009.

_____
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On October 26, 2009, I served on the interested parties in this action with the:

- STIPULATED CONSENT PRELIMINARY INJUNCTION

for the following civil action:

<u>CHANEL, INC., et al. v. TONY BOSINI, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

**Ayal Abrams**
**600 Page Street, #101**
**San Francisco, California 94117**

Place of Mailing: Glendale, California
Executed on October 26, 2009, at Glendale, California

_____
Katrina Bartolome