J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 300-3201

Stephen M. Gaffigan (Pro Hac Vice)
*stephen@smgpa.net*
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, and YOURREPLICAWATCH.COM,<br><br>Defendants. | Case No. C-09-1972 BZ<br><br>REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER<br><br>Court: Hon. Bernard Zimmerman<br>Date: December 7, 2009<br>Time: 4:00 p.m. |

PLAINTIFFS Chanel, Inc. and Louis Vuitton Malletier, S.A. (collectively "Plaintiffs"), by and through their counsel of record, hereby request as follows:

WHEREAS this matter was referred to Magistrate Judge Zimmerman from the docket of District Judge Patel on or about November 18, 2009;

Chanel, Inc., et al. v. Bosini, et al.: Joint Case Management     - 1 -

WHEREAS the Court issued an order setting a status conference on or about November 20, 2009;

WHEREAS Plaintiffs' counsel inadvertently misdocketed the notice and only today noted the error in calendaring;

WHEREAS Plaintiffs' counsel are located in Southern California and Florida and must employ significant travel efforts, including air travel, to attend the hearing in person;

WHEREAS Plaintiffs' counsel does not anticipate any updates to this matter beyond that which was previously discussed at the Case Management Conference;

WHEREAS Plaintiffs are currently awaiting a response to their counteroffer for settlement and hope to have this matter resolved quickly;

NOW, THEREFORE, Plaintiffs request to appear telephonically at the hearing set for December 7, 2009, at 4:00 p.m.

Dated: December 7, 2009          J. Andrew Coombs, A Professional Corp.

By: ___/s/ Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiffs Chanel, Inc. and Louis Vuitton Malletier, S.A.

## [~~PROPOSED~~] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED:   December 7th   , 2009

_____
Hon. Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

Chanel, Inc., et al. v. Bosini, et al.: Joint Case Management        - 2 -

## **PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

      On December 7, 2009, I served on the interested parties in this action with the:

      REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER

for the following civil action:

      <u>CHANEL, INC., et al. v. TONY BOSINI, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

**Ayal Abrams**
**600 Page Street, #101**
**San Francisco, California 94117**

Place of Mailing: Glendale, California
Executed on December 7, 2009, at Glendale, California

_____
Katrina Bartolome