J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, and YOURREPLICAWATCH.COM,<br><br>    Defendants. | Case No. C-09-1972 MHP<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

Plaintiffs, CHANEL, INC., a New York corporation ("Chanel") and LOUIS VUITTON MALLETIER, S.A. ("Louis Vuitton"), and the Defendant Tony Bosini ("Bosini"), by and through

1

their undersigned counsel, hereby stipulate to the filing of the attached First Amended Complaint.

SO STIPULATED:

**Plaintiffs:**  Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:   STEPHEN M. GAFFIGAN, P.A.,

                                         A PROFESSIONAL ASSOCIATION

                                         By:   s:/Stephen M. Gaffigan

                                         Attorneys for Plaintiffs
                                         Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, and Yourreplicawatch.com

By his Attorney:   LAW OFFICE OF AYAL ABRAMS

                                         By:   /s Ayal Abrams
                                         Ayal Abrams
                                         600 Page Street, #101
                                         San Francisco, California 94117
                                         Telephone: (415) 994-2437
                                         Facsimile: (415) 358-4951

                                         Attorneys for Defendant
                                         Tony Bosini

SO ORDERED this  19th  day of  January , 2010.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

All parties of record