J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>  Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, YOURREPLICAWATCH.COM, and REPLICAHAUSE.COM<br><br>  Defendants. | Case No. C-09-1972 MHP<br><br>**STIPULATION FOR ADDITIONAL TIME TO FILE STIPULATION FINALIZING SETTLEMENT** |

Plaintiffs, CHANEL, INC., a New York corporation ("Chanel") and LOUIS VUITTON MALLETIER, S.A. ("Louis Vuitton"), and the Defendant Tony Bosini ("Bosini"), by and through

1

Case3:09-cv-01972-BZ Document48 Filed02/24/10 Page2 of 3

their undersigned counsel, hereby stipulate to an additional twelve days, up to and including March 8, 2010, in which to file the Stipulation finalizing settlement in this matter, and state as follows:

1. On February 4, 2010, the parties submitted their Joint Notice of Settlement advising they anticipated finalizing the settlement in this matter within the next 20 days, i.e. February 24, 2010.

2. As of February 24, 2010, the parties have exchanged settlement papers in this matter, and anticipate submitting the Stipulation finalizing the settlement of this matter to the Court on or before March 8, 2010.

SO STIPULATED:

**Plaintiffs:** Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:    STEPHEN M. GAFFIGAN, P.A.,

                                        A PROFESSIONAL ASSOCIATION

                                        By:   s:/Stephen M. Gaffigan

                                        Attorneys for Plaintiffs
                                        Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, Yourreplicawatch.com and Replicahause.com

By his Attorney:    LAW OFFICE OF AYAL ABRAMS

                                        By:   /s Ayal Abrams
                                             Ayal Abrams
                                             600 Page Street, #101
                                             San Francisco, California 94117
                                             Telephone: (415) 994-2437
                                             Facsimile: (415) 358-4951

                                        Attorneys for Defendant
                                        Tony Bosini

Case3:09-cv-01972-BZ   Document48   Filed02/24/10   Page3 of 3

SO ORDERED this  1  day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All parties of record