J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, YOURREPLICAWATCH.COM, and REPLICAHAUSE.COM<br><br>    Defendants. | Case No. C-09-1972 ~~MHP~~   BZ<br><br>**SECOND STIPULATION FOR ADDITIONAL TIME TO FILE STIPULATION FINALIZING SETTLEMENT** |

Plaintiffs, CHANEL, INC., a New York corporation ("Chanel") and LOUIS VUITTON MALLETIER, S.A. ("Louis Vuitton"), and the Defendant Tony Bosini ("Bosini"), by and through

1

their undersigned counsel, hereby stipulate to an additional seven days, up to and including March 15, 2010, in which to file the Stipulation finalizing settlement in this matter, and state as follows:

1.  On February 4, 2010, the parties submitted their Joint Notice of Settlement advising they anticipated finalizing the settlement in this matter within the next 20 days, i.e. February 24, 2010.

2.  On February 24, 2010, the parties submitted a Stipulation for Additional Time to File Stipulation Finalizing Settlement advising the Court that the parties had exchanged settlement papers in this matter, and anticipated submitting the Stipulation finalizing the settlement of this matter to the Court on or before March 8, 2010.   On March 1, 2010, this Court entered an Order granting the parties' requested enlargement.

3.  Counsel for the Defendant has recently been outside the Court's jurisdiction on another matter.  Accordingly, counsel for the Defendant and the Defendant, who resides outside the United States, have been unable to confer regarding the final settlement terms or to obtain the signed settlement documents from the Defendant.  Counsel for the Defendant anticipates obtaining final signed documents from the Defendant within the several days, and the parties anticipate being able to file Stipulation with the Court on or before March 15, 2010.

SO STIPULATED:

**Plaintiffs:**  Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:       STEPHEN M. GAFFIGAN, P.A.,

        A Professional Association

        By:     s:/Stephen M. Gaffigan

        Attorneys for Plaintiffs
        Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, Yourreplicawatch.com and Replicahause.com

By his Attorney:

LAW OFFICE OF AYAL ABRAMS

By: ___/s Ayal Abrams_____
      Ayal Abrams
      600 Page Street, #101
      San Francisco, California 94117
      Telephone: (415) 994-2437
      Facsimile: (415) 358-4951

Attorneys for Defendant
Tony Bosini

SO ORDERED this _9th_ day of _March_____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All parties of record