J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:     (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *Pro Hac Vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity, <br><br>        Plaintiffs, <br> v. <br><br> TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, YOURREPLICAWATCH.COM, and REPLICAHAUSE.COM <br><br>        Defendants. | Case No. C-09-1972 MHP <br><br> **THIRD STIPULATION FOR ADDITIONAL TIME TO FILE STIPULATION FINALIZING SETTLEMENT** |

Plaintiffs, CHANEL, INC., a New York corporation ("Chanel") and LOUIS VUITTON MALLETIER, S.A. ("Louis Vuitton"), and the Defendant Tony Bosini ("Bosini"), by and through

1

their undersigned counsel, hereby stipulate to an additional four days, up to and including March 19, 2010, in which to file the Stipulation finalizing settlement in this matter, and state as follows:

1.  On February 4, 2010, the parties submitted their Joint Notice of Settlement advising they anticipated finalizing the settlement in this matter within the next 20 days, i.e. February 24, 2010.

2.  On February 24, 2010, the parties submitted a Stipulation for Additional Time to File Stipulation Finalizing Settlement advising the Court that the parties had exchanged settlement papers in this matter, and anticipated submitting the Stipulation finalizing the settlement of this matter to the Court on or before March 8, 2010.   On March 1, 2010, this Court entered an Order granting the parties' requested enlargement.

3.  On March 8, 2010, the parties submitted a second Stipulation for Additional Time to File Stipulation Finalizing Settlement advising the Court that due to travel schedules Defendant's counsel was unable to finalize the terms of the settlement with the Defendant, and that the parties anticipated submitting the Stipulation finalizing the settlement of this matter to the Court on or before March 15, 2010.   On March 9, 2010, this Court entered an Order granting the parties' requested enlargement.

4.  As of this date, final settlement papers have been provided to each respective party, and the parties are in the process of executing the settlement papers in this matter.   The parties anticipate exchanging fully signed settlement papers in this matter, and submitting the necessary

Stipulation finalizing this matter with the Court on or before Friday, March 19, 2010.

SO STIPULATED:

**Plaintiffs:**   Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:     STEPHEN M. GAFFIGAN, P.A.,

                              A PROFESSIONAL ASSOCIATION

                              By:     s:/Stephen M. Gaffigan

                              Attorneys for Plaintiffs
                              Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, Yourreplicawatch.com and Replicahause.com

By his Attorney:     LAW OFFICE OF AYAL ABRAMS

                              By:    /s Ayal Abrams
                              Ayal Abrams
                              600 Page Street, #101
                              San Francisco, California 94117
                              Telephone: (415) 994-2437
                              Facsimile: (415) 358-4951

                              Attorneys for Defendant
                              Tony Bosini

SO ORDERED this  16th   day of   March     , 2010.

                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              BERNARD ZIMMERMAN

Copies furnished to:

All parties of record