J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *pro hac vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>Plaintiffs,<br><br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, YOURREPLICAWATCH.COM, and REPLICAHAUSE.COM,<br><br>Defendants. | Case No. C-09-1972 BZ<br><br>**STIPULATED CONSENT FINAL JUDGMENT** |

WHEREAS, this action having been commenced by the Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuittion Malletier, S.A. ("Louis Vuitton") (collectively the "Plaintiffs") against the

1

1  Defendant Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com,

2  Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US,

3  Thewatchespriceindex.info, Yourreplicawatch.com and Replicahause.com (the "Defendant"),

4  alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of

5  origin and a copy of the Summons, Complaint and First Amended Complaint having been served

6  upon the Defendant:

7

8        IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

9        1.      This Court has jurisdiction of the subject matter of all counts of this action and over

10  the named parties hereto.

11

12        2.      Defendant stipulates he owns and/or controls all right, title and interest in and to the

13  domain names identified on Schedule "A" hereto (the "Subject Domain Names"), and the associated

14  websites.

15        3.      Defendant stipulates to the immediate transfer to Plaintiffs of all ownership, right,

16  title and interest in and to all of the Subject Domain Names, excluding the four names identified on

17  Schedule "B" hereto.   Defendant will assist Plaintiffs as necessary to complete the immediate

18  transfer of the Subject Domain Names, excepting those on Schedule "B", by unlocking the Subject

19

20  Domain Names to be transferred with the current registrar and provide the Authorization Code (EPP

21  code) for those domain names to Plaintiffs' counsel, Stephen M. Gaffigan, Esq.

22        4.      Should the Defendant fail to voluntarily transfer the appropriate Subject Domain

23  Names  as required by Paragraph 2 herein within fifteen (15) days of entry of this Order, the Subject

24  Domain Names are hereby ordered to be immediately transferred by the Defendant's assignees

25  and/or successors in interest or title, and/or the Registrars to Plaintiffs' control.  To the extent the

26
then current Registrars do not transfer  the Subject Domain Names to Plaintiffs' control within seven
27
28  (7) days of receipt of a copy of this Judgment, the United States based Registry shall, within thirty

(30) days of receipt of a copy of this Judgment, transfer the Subject Domain Names to a United States based Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs.

5. In the event the Plaintiffs ever demonstrate to the Court with appropriate and admissible evidence that the Defendant is in violation of the terms of the Permanent Injunction in this matter, the Plaintiffs shall also be granted the immediate transfer of all right, title and interest in the Domain Names set forth on Schedule "B" hereto to their ownership and control. For purposes of this Paragraph, cached pages of internet search engines and 3rd party sites over which Defendant has no control shall not alone constitute a violation of the Permanent Injunction.

6. The provisions of this Stipulation and Order shall be binding on the Defendant and any successors in interest or assignees of the Subject Domain Names.

7. This cause between the Plaintiffs and the Defendant is hereby dismissed, with prejudice, subject to the terms of the Settlement Agreement between the parties.

8. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

9. This Court will retain continuing jurisdiction over this cause (1) to construe, enforce and/or implement the terms of this Judgment and the Permanent Injunction upon application by any party; and (2) for the purpose of making any orders that are necessary or proper for the construction, modification or enforcement of this Judgment and the Permanent Injunction, or for the punishment

1 | of any violation thereof.

2 | SO STIPULATED:

3 | **Plaintiffs:**  Chanel, Inc. and Louis Vuitton Malletier, S.A.

5 | By their Attorney:                    STEPHEN M. GAFFIGAN,
6 |                                        A PROFESSIONAL ASSOCIATION

8 |                                        By: ___/s_____
                                            Stephen M. Gaffigan

9 |                                        Attorneys for Plaintiffs
10|                                        Chanel, Inc. and Louis Vuitton Malletier, S.A.

11 | **Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com,

12 | Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US,

13 | Thewatchespriceindex.info, Yourreplicawatch.com, and ReplicaHause.com

14 | By his Attorney:                     LAW OFFICE OF AYAL ABRAMS

16 |                                        By:___/s_____
                                            Ayal Abrams
17 |                                        600 Page Street, #101
                                            San Francisco, California 94117
18 |                                        Telephone: (415) 994-2437
                                            Facsimile: (415) 358-4951

20 |                                        Attorneys for Defendant
                                            Tony Bosini

22 | SO ORDERED this __22___ day of __March____, 2010.

24 |                        _____[signature]_____
25 |                                 UNITED STATES MAGISTRATE JUDGE

26 | Copies furnished to:
27 | All parties of record

**SCHEDULE "A"**

1. Replicamaster.com
2. Shopreplica.com
3. Buyhighreplica.com
4. Ereplicabags.com
5. Exactwatches.net
6. Replicahours.com
7. Swissreplica.us
8. Thewatchespriceindex.info
9. Yourreplicawatch.com
10. Replicahause.com

**SCHEDULE "B"**

1. Replicahause.com
2. Replicamaster.com
3. Exactwatches.net
4. Swissreplica.us

CHANEL, ET AL. V. BOSINI, ET AL.: STIPULATED CONSENT FINAL JUDGMENT