J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
andy@coombspc.com
nicole@coombspc.com

Stephen M. Gaffigan (Admitted *pro hac vice*)
Stephen M. Gaffigan, P.A.
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
stephen@smgpa.net

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation and LOUIS VUITTON MALLETIER, S.A., a foreign business entity,<br><br>    Plaintiffs,<br>v.<br><br>TONY BOSINI and DOES 1-10, individually and jointly, d/b/a REPLICAMASTER.COM, SHOPREPLICA.COM, BUYHIGHREPLICA.COM, EREPLICABAGS.COM, EXACTWATCHES.NET, REPLICAHOURS.COM, SWISSREPLICA.US, THEWATCHESPRICEINDEX.INFO, YOURREPLICAWATCH.COM, and REPLICAHAUSE.COM,<br><br>    Defendants. | Case No. C-09-1972 BZ<br><br>**STIPULATED CONSENT PERMANENT INJUNCTION** |

WHEREAS, this action having been commenced by the Plaintiffs, Chanel, Inc. ("Chanel")

and Louis Vuittion Malletier, S.A. ("Louis Vuitton") (collectively the "Plaintiffs") against the

1

1  Defendant Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com,
2  Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US,
3  Thewatchespriceindex.info, Yourreplicawatch.com and Replicahause.com (the "Defendant"),
4  alleging *inter alia*, trademark counterfeiting and trademark infringement, and false designation of
5  origin and a copy of the Summons, Complaint and First Amended Complaint having been served
6  upon the Defendant:

IT IS STIPULATED, ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of the subject matter of all counts of this action and over the named parties hereto.

2. Chanel is the owner of the following trademarks (the "Chanel Marks") in connection with high quality handbags, wallets, watches, bracelets, earrings, and necklaces:

| Mark | Reg. No. | Reg. Date |
| --- | --- | --- |
| CHANEL | 0,626,035 | May 1, 1956 |
| ⟨CC logo⟩ | 1,314,511 | January 15, 1985 |
| CHANEL | 1,347,677 | July 9, 1985 |
| ⟨CC logo⟩ | 1,734,822 | November 24, 1992 |
| CHANEL | 1,733,051 | November 17, 1992 |
| ⟨CC logo in square⟩ | 3,022,708 | December 6, 2005 |
| ⟨CC logo⟩ | 3,025,934 | December 13, 2005 |
| ⟨CC logo⟩ | 3,025,936 | December 13, 2005 |
| CHANEL | 0,955,074 | March 13, 1973 |
| CHANEL | 1,571,787 | December 19, 1989 |
| J12 | 2,559,772 | April 9, 2002 |
| CHANEL | 3,133,139 | August 22, 2006 |
| ⟨CC logo⟩ | 1,501,898 | August 30, 1988 |
| CHANEL | 0,612,169 | September 13, 1955 |

CHANEL, ET AL. V. BOSINI, ET AL.: STIPULATED CONSENT PERMANENT INJUNCTION

| | | |
|---|---|---|
| CHANEL | 0,902,190 | November 10, 1970 |

8. Louis Vuitton is the owner of the following trademarks (the "LV Marks") in connection with high quality handbags, wallets, watches, earrings, and necklaces:

| **Mark** | **Registration No**. | **Registration Date** |
|---|---|---|
| (LV logo) | 0,286,345 | August 25, 1931 |
| (monogram) | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
| LV | 1,519,828 | January 10, 1989 |
| (LV) | 1,653,662 | August 13, 1991 |
| (monogram) | 1,655,564 | September 3, 1991 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| (monogram) | 2,098,630 | September 23, 1997 |
| ✤ | 2,177,828 | August 4, 1998 |
| ⊕ | 2,181,753 | August 18, 1998 |
| (monogram) | 2,263,903 | July 27, 1999 |
| VUITTON | 2,657,903 | December 10, 2002 |
| ◆ | 2,773,107 | October 14, 2003 |
| (design) | 2,828,919 | April 6, 2004 |
| (pattern) | 3,107,072 | June 20, 2006 |
| (design) LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 |

9. The Defendant and his respective officers, agents, servants, successors in interest employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined, pending termination of this action from:

    A. manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing the Chanel Marks and/or the LV Marks and/or any other intellectual property owned by either Plaintiff and/or using the Chanel Marks

3

---

CHANEL, ET AL. V. BOSINI, ET AL.: STIPULATED CONSENT PERMANENT INJUNCTION

and/or LV Marks and/or names in any manner;

B. using the Chanel Marks and/or LV Marks and/or the Chanel and Louis Vuitton names in connection with the sale of any goods;

C. using any logo, and/or layout which may be calculated to falsely advertise the services or products of the Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with the either of the Plaintiffs;

D. falsely representing himself as being connected with the Plaintiffs, through sponsorship or association,

E. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of the Defendant, is in any way endorsed by, approved by, and/or associated with either of the Plaintiffs;

F. using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks and/or LV Marks and/or any trademark owned by either Plaintiff in connection with the publicity, promotion, sale, or advertising of any goods sold by the Defendant, including, without limitation, handbags, wallets, watches, bracelets, earrings, and necklaces;

G. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent the Defendant's goods as being those of the Plaintiffs, or in any way endorsed by the Plaintiffs;

H. offering such goods in commerce; and from otherwise unfairly competing with the Plaintiffs.

I. secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or

| | |
|---|---|
| 1 | displaying of all products which infringe the Chanel Marks and/or the LV |
| 2 | Marks and/or any trademark owned by either Plaintiff; and |
| 3 | J. effecting assignments or transfers, forming new entities or associations or |
| 4 | utilizing any other device for the purpose of circumventing or otherwise |
| 5 | avoiding the prohibitions set forth in subparagraphs (A) through (I). |

SO STIPULATED:

**Plaintiffs:** Chanel, Inc. and Louis Vuitton Malletier, S.A.

By their Attorney:  STEPHEN M. GAFFIGAN,
A PROFESSIONAL ASSOCIATION

By:  /s_____
     Stephen M. Gaffigan

Attorneys for Plaintiffs
Chanel, Inc. and Louis Vuitton Malletier, S.A.

**Defendants:** Tony Bosini d/b/a Replicamaster.com, Shopreplica.com, Buyhighreplica.com, Ereplicabags.com, Exactwatches.net, Replicahours.com, Swissreplica.US, Thewatchespriceindex.info, Yourreplicawatch.com, and ReplicaHause.com

By his Attorney:  LAW OFFICE OF AYAL ABRAMS

By:  /s_____
     Ayal Abrams
     600 Page Street, #101
     San Francisco, California 94117
     Telephone: (415) 994-2437
     Facsimile: (415) 358-4951

Attorneys for Defendant
Tony Bosini

SO ORDERED this _22_ day of __March____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All parties of record